**Order entered September 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00130-CV

### KELLEY|WITHERSPOON, LLP, ET AL., Appellants

### V.

### ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01907-E**

## ORDER

We **GRANT** appellants' September 24, 2014 unopposed second motion for an extension of time to file their combined reply/cross-appellees' brief. Appellants shall file their combined reply/cross-appellees' brief **on or before OCTOBER 8, 2014**. We caution appellants that no further extension will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE